UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEMCO, LLC, | CASE NO. 2:25-mc-00028-LK |
| Plaintiff, | ORDER TO ISSUE WRIT OF GARNISHMENT AGAINST DEFENDANT JAMES KLEIN |
| v. | |
| KPSI INNOVATION, INC. et al., | |
| Defendants, | |
| BANK OF AMERICA, | |
| Garnishee. | |

This matter comes before the Court on Plaintiff CEMCO, LLC's Amended Application for a Writ of Garnishment for property in which Defendant/Judgment Debtor, James Klein, is believed to have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Bank of America. Dkt. No. 8 at 2.

//

//

ORDER TO ISSUE WRIT OF GARNISHMENT AGAINST DEFENDANT JAMES KLEIN - 1

1    Having reviewed the record in this matter, the Court ORDERS that the Clerk of Court shall

2  issue the Writ of Garnishment submitted by Plaintiff's counsel. Dkt. No. 8-2.

3

4    Dated this 16th day of July, 2025.

5

6                                Lauren King
                                 United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO ISSUE WRIT OF GARNISHMENT AGAINST DEFENDANT JAMES KLEIN - 2