UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEMCO, LLC,<br><br>       Plaintiff,<br>  v.<br><br>KPSI INNOVATION, INC. et al.,<br><br>       Defendants,<br><br>BANK OF AMERICA,<br><br>       Garnishee. | CASE NO. 2:25-mc-00028-LK<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT AGAINST DEFENDANT KEVIN KLEIN |

  This matter comes before the Court on Plaintiff CEMCO, LLC's Amended Application for a Writ of Garnishment for property in which Defendant/Judgment Debtor, Kevin Klein, is believed to have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Bank of America. Dkt. No. 9 at 2.

//

//

ORDER TO ISSUE WRIT OF GARNISHMENT AGAINST DEFENDANT KEVIN KLEIN - 1

1 | Having reviewed the record in this matter, the Court ORDERS that the Clerk of Court shall
2 | issue the Writ of Garnishment submitted by Plaintiff's counsel. Dkt. No. 9-2.
3 |
4 | Dated this 16th day of July, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT AGAINST DEFENDANT KEVIN KLEIN - 2