UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEMCO, LLC,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>KPSI INNOVATION, INC. et al.,<br><br>　　　　　　　　　Defendants,<br><br>BANK OF AMERICA,<br><br>　　　　　　　　　Garnishee. | CASE NO. 2:25-mc-00028-LK<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT AGAINST DEFENDANT SERINA KLEIN |

　　　This matter comes before the Court on Plaintiff CEMCO, LLC's Amended Application for a Writ of Garnishment for property in which Defendant/Judgment Debtor, Serina Klein, is believed to have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Bank of America. Dkt. No. 10 at 2.

//

//

ORDER TO ISSUE WRIT OF GARNISHMENT AGAINST DEFENDANT SERINA KLEIN - 1

Having reviewed the record in this matter, the Court ORDERS that the Clerk of Court shall issue the Writ of Garnishment submitted by Plaintiff's counsel. Dkt. No. 10-2.

Dated this 16th day of July, 2025.

*Lauren King*

Lauren King
United States District Judge